344 A.2d 458
**COMMONWEALTH of Pennsylvania**
v.
**Roscoe LANEY a/k/a Roscoe Lannie, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 27, 1974.

Decided Oct. 3, 1975.

George E. Hoffer, Public Defender, Carlisle, for appellant.

Edgar B. Bayley, Jr., Carlisle, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Order affirmed.

Petition of counsel for appellant for leave to withdraw from further representation is granted.